UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH AHN,<br><br>APPELLANT,<br><br>v.<br><br>PRIYA SANGER and MICHEAL SANGER,<br><br>APPELLEES. | Case No. 17-cv-05639-VC<br><br>**ORDER TO SHOW CAUSE** |

Leah Ahn is ordered to show cause why this appeal should not be dismissed under Federal Rule of Bankruptcy Procedure 8018. Ahn has not filed a principal brief in this action, even though her brief was due on November 24, 2017. Dkt. No. 4. In response to this order to show cause she must file a written brief explaining why she has thus far failed to prosecute her appeal. This brief must be filed by December 18, 2017.

**IT IS SO ORDERED.**

Dated: December 6, 2017

VINCE CHHABRIA
United States District Judge